IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-17-M-DWM-1 |
| Plaintiff, | |
| vs. | ORDER |
| LINDSAY ANN RUMPH, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 47.) The Court having read said motion and being fully advised in the premises finds:

THAT the Defendant, LINDSAY ANN RUMPH, pled guilty to Count 2 of the Indictment, and the forfeiture count therein, and a factual basis and cause to issue a forfeiture order in this case exists under 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11);

THAT prior to the disposition of the assets, the FBI, the United States Marshalls Service, or a designated sub-custodian, is required to seize the forfeited property; and

THAT 21 U.S.C. § 853(n)(1) requires that third parties who may have an interest in the property receive notice, via publication, or to the extent practical,

1

direct written notice of the forfeiture and the United States' intent to dispose of the property.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the United States' motion (Doc. 47) is GRANTED;

THAT Defendant Rumph's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11):

- $10,100 U.S. currency seized from the Defendant;
- Glock 43 pistol, 9 mm, S/N: ADDN267;
- Magazine with 10 rounds of 9 mm from Glock 43;
- Springfield Armory, HS Produkt, model Hellcat, S/N: AT231427;
- One magazine and five rounds of 9mm ammunition;
- 28 rounds of 9mm with a black pouch;
- One Range Maxx black holster;
- Glock 19, 9 mm pistol, S/N: BUBC276;
- Magazine with 11 rounds 9 mm ammunition;
- Samsung cell phone with purple case IMEI: 358230102479988;
- Black Google cell phone;
- Samsung SM-S536DL cell phone with black case IMEI: 352274701793042;

- Apple iPhone, Motorola cell phone, two Samsung cell phones;

- Silver Samsung tablet with cracked screen, blue Samsung tablet with black case, and black Samsung tablet;

- HP Laptop, Model 15-ef1041nr, S/N: 5DC1201QZY;

- HP Laptop, Model 15-2w3033dx, S/N: CND1256FKC;

- $279 U.S. Currency; and

- Assorted ammunition.

THAT the FBI, the United States Marshalls Service, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will

3

enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 5th day of May, 2023.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court