IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-17-M-DWM |
| Plaintiff, | ORDER |
| vs. | |
| LINDSAY ANN RUMPH and ERIC ANTHONY NAVARRO, | |
| Defendants. | |

This matter comes before the Court on the United States' unopposed motion for final order of forfeiture.  (Doc. 60.)  Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11).

2. A preliminary order of forfeiture was entered on May 5, 2023.  (Doc. 49.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 56.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1

1.  The motion for final order of forfeiture (Doc. 60) is GRANTED.

2.  Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11), free from the claims of any other party, the following property:

- $10,100 U.S. currency seized from the Defendant;
- Glock 43 pistol, 9 mm, S/N: ADDN267;
- Magazine with 10 rounds of 9 mm from Glock 43;
- Springfield Armory, HS Produkt, model Hellcat, S/N: AT231427;
- One magazine and five rounds of 9mm ammunition;
- 28 rounds of 9mm with a black pouch;
- One Range Maxx black holster;
- Glock 19, 9 mm pistol, S/N: BUBC276;
- Magazine with 11 rounds 9 mm ammunition;
- Samsung cell phone with purple case IMEI: 358230102479988;
- Samsung SM-S536DL cell phone with black case IMEI: 352274701793042;
- Apple iPhone, Motorola cell phone, two Samsung cell phones;
- $279 U.S. Currency; and
- Assorted ammunition.

3.  The United States shall have full and legal title to the other, unclaimed, forfeited property and may dispose of it in accordance with law.

DATED this 14th day of July, 2023.

                                                Donald W. Molloy, District Judge
                                                United States District Court